# United States District Court

EASTERN DISTRICT OF WISCONSIN

                                                      **JUDGMENT IN A CIVIL CASE**

**UNITED STATES OF AMERICA,**

        V.                                     CASE NUMBER: **04-C-1030**
                                                                                                   (**02-Cr-124**)

**HUGO CAMPA-GONZALEZ**,

                        Movant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED **that Hugo Campa Gonzalez's petition pursuant to Title 28, United States Code, Section 2255, is DENIED as untimely. This case is hereby DISMISSED.**

    **June 23, 2006**                                             **SOFRON B. NEDILSKY**
Date                                                                Clerk

                                                                               s/ Linda M. Zik
                                                                               (By) Deputy Clerk